IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03349-REB-MEH

FUJIKO OSHIMA, individually,
DENIS DUPEYRON, individually and collectively as Next Friends of
LENA DUPEYRON, a minor and
TOMI DUPEYRON, a minor,

       Plaintiffs,

v.

KIA MOTORS CORPORATION,
KIA MOTORS AMERICA, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC. (L.A. DESIGN STUDIO), and
GRAND AUTO, INC., d/b/a GRAND BUICK KIA GMC,

       Defendants.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

**Michael E. Hegarty, United States Magistrate Judge**.

This matter comes before the Court *sua sponte*.   The Court held a Scheduling Conference in this case on February 16, 2012.  Mindful of Judge Blackburn's practice standards, the Court set deadlines considerably earlier than the parties requested in their proposed Scheduling Order.  Those deadlines are as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | September 1, 2012 |
| Expert Rebuttal Deadline: | October 1, 2012 |
| Discovery Cutoff: | October 16, 2012 |
| Dispositive Motion Deadline: | November 16, 2012 |
| Final Pretrial Conference: | January 7, 2013 |

In addition to the above settings, the Court contacted Judge Blackburn's Chambers and obtained dates for the Trial Preparation Conference and Trial.  Upon the Court's disclosure of the

February Trial date, Plaintiffs' counsel expressed concern that such a date may be too soon. Plaintiffs' counsel explained that one of the Defendants was located in Korea and would require additional time to translate documents, depositions, and other forms of discovery.  In addition to the time needed for translation, the Court is also concerned that the nature of the case may prolong the discovery period.  Because this is a products liability action involving an automobile, and because the parties are not aware of prior litigation involving the make and model of this particular automobile,  the Court anticipates  fairly extensive discovery.  In light of the time needed for both translation and discovery, this Court respectfully RECOMMENDS that the Trial Preparation Conference set for January 11, 2013, and the Trial set for February 4, 2013, be **vacated** and **reset** for dates in March and April, respectively (or later if the Court's calendar for that time period is full).[1]

---

[1]Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72.  The party filing objections must specifically identify those findings or recommendations to which the objections are being made.  The District Court need not consider frivolous, conclusive or general objections.  A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1).  Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).

Respectfully submitted at Denver, Colorado, this 21st day of February, 2012.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge