IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03349-REB-MEH

FUJIKO OSHIMA, individually,
DENIS DUPEYRON, individually and collectively as Next Friends of
LENA DUPEYRON, a minor and
TOMI DUPEYRON, a minor,

      Plaintiffs,

v.

KIA MOTORS CORPORATION,
KIA MOTORS AMERICA, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC. (L.A. DESIGN STUDIO), and
GRAND AUTO, INC., d/b/a GRAND BUICK KIA GMC,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2012.**

      The Unopposed Motion for Entry of Protective Order [filed March 9, 2012; docket #31] is **denied without prejudice** and the proposed Stipulated Protective Order is refused for two reasons. First, paragraph 3 of the proposed Stipulated Protective Order fails to properly and clearly describe the procedure for challenging confidentiality, as set forth in *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000).  Second, paragraph 10 of the proposed Stipulated Protective Order is improper insofar as the Court will not retain jurisdiction over a protective order after the case is closed.  The parties are granted leave to submit a revised proposed protective order in accordance with *Gillard* and this minute order.