IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03349-REB-MEH

FUJIKO OSHIMA, individually,
DENIS DUPEYRON, individually and collectively as Next Friends of
LENA DUPEYRON, a minor and
TOMI DUPEYRON, a minor,

    Plaintiffs,

v.

KIA MOTORS CORPORATION,
KIA MOTORS AMERICA, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC. (L.A. DESIGN STUDIO), and
GRAND AUTO, INC., d/b/a GRAND BUICK KIA GMC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2012.**

    The Second Unopposed Motion for Entry of Protective Order [filed March 27, 2012; docket #37] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.