IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.  11-cv-03349-REB-MEH                     Date:   April 26, 2012
Courtroom Deputy: Cathy Coomes                              **FTR – Courtroom A501**

FUJIKO OSHIMA,                                                                  Clyde Talbot Turner
DENIS DUPEYRON,
LENA DUPEYRON, and
TOMI DUPEYRON,

      Plaintiffs,

vs.

KIA MOTORS CORPORATION,                                              Christopher Spencer
KIA MOTORS AMERICA, INC.,                                              Elizabeth Shoenfeld
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC.,
(L.A. Design Studio), and
GRAND AUTO, INC., d/b/a

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   **10:57 a.m.**

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Plaintiff's Motion to Compel and Motion for Assistance with Discovery, Scheduling, and Translation Services (Doc. #39, filed 3/30/12) and the Protective Order.

**ORDERED:**   1.   Plaintiff's Motion to Compel and Motion for Assistance with Discovery, Scheduling, and Translation Services (Doc. #39, filed 3/30/12) is GRANTED in part and DENIED in part as follows:

- The documents requested by Plaintiffs shall be produced by Defendants in whatever form they exist, translated or untranslated. The Court will not appoint a translation service.  Plaintiff shall bear the cost of translation at this time.  The issue of the cost of translating the documents may be revisited at a later time.

- The discovery deadline is extended to **November 1, 2012**. The dispositive motion deadline remains set for **November 16, 2012**. The initial expert disclosures deadline is extended to **October 1, 2012**. The rebuttal expert disclosures deadline is extended to **October 15, 2012**.

2. A telephonic Status Conference is set for **May 18, 2012, at 9:30 a.m.** Counsel are directed to initiate a conference call to the Court by calling (303)844-4507 at the time of the hearing.

Discussion regarding the scheduling of depositions.

**Court in recess:**     **11:26 a.m.  (Hearing concluded)**
**Total time in court:**  0:29