IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-03349-REB-MEH | Date:   April 26, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| FUJIKO OSHIMA, <br> DENIS DUPEYRON, <br> LENA DUPEYRON, and <br> TOMI DUPEYRON, <br><br> Plaintiffs, <br><br> vs. <br><br> KIA MOTORS CORPORATION, <br> KIA MOTORS AMERICA, INC., <br> HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC., <br> HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC., <br> (L.A. Design Studio), and <br> GRAND AUTO, INC., d/b/a <br><br> Defendants. | Clyde Talbot Turner <br><br><br><br><br><br><br><br> Christopher Spencer <br> Elizabeth Shoenfeld |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:** **10:57 a.m.**

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Plaintiff's Motion to Compel and Motion for Assistance with Discovery, Scheduling, and Translation Services (Doc. #39, filed 3/30/12) and the Protective Order.

**ORDERED:** 1. Plaintiff's Motion to Compel and Motion for Assistance with Discovery, Scheduling, and Translation Services (Doc. #39, filed 3/30/12) is GRANTED in part and DENIED in part as follows:

- The documents requested by Plaintiffs shall be produced by Defendants in whatever form they exist, translated or untranslated. The Court will not appoint a translation service.  Plaintiff shall bear the cost of translation at this time.  The issue of the cost of translating the documents may be revisited at a later time.

- The discovery deadline is extended to **November 1, 2012**. The dispositive motion deadline remains set for **November 16, 2012**. The initial expert disclosures deadline is extended to **October 1, 2012**. The rebuttal expert disclosures deadline is extended to **October 15, 2012**.

2. A telephonic Status Conference is set for **May 18, 2012, at 9:30 a.m.** Counsel are directed to initiate a conference call to the Court by calling (303)844-4507 at the time of the hearing.

Discussion regarding the scheduling of depositions.

**Court in recess:**     **11:26 a.m.  (Hearing concluded)**
**Total time in court:**   0:29