**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-03349-REB-MEH

FUJIKO OSHIMA, individually,
DENIS DUPEYRON, individually and, collectively as Next Friends of
LENA DUPEYRON, a minor and
TOMI DUPEYRON, a minor,

Plaintiffs,

v.

KIA MOTORS CORPORATION;
KIA MOTORS AMERICA, INC.;
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC.;
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC. (L.A. DESIGN STUDIO); and
GRAND AUTO, INC., d/b/a GRAND BUICK KIA GMC,

Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the recommendation to continue the trial in this matter contained in the **Recommendation of United States Magistrate Judge** [#26][1] filed February 21, 2012. No objection having been filed, I review the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Recommendation of United States Magistrate Judge** [#26], filed February 21, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That the Trial Preparation Conference, currently scheduled for Friday, January 11, 2013, at 4:00 p.m., as well as the trial, currently scheduled to commence on February 4, 2012, at 8:30 a.m., are **VACATED** and **CONTINUED** pending further order of the court; and

3. That the Trial Preparation Conference and trial **SHALL BE RESET** during a telephonic setting conference on **May 23, 2012**, at **10:00 a.m.** (MDT); provided, furthermore, that counsel for plaintiffs **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated May 1, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge