IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03349-REB-MEH

FUJIKO OSHIMA, individually,
DENIS DUPEYRON, individually and collectively as Next Friends of
LENA DUPEYRON, a minor and
TOMI DUPEYRON, a minor,

      Plaintiffs,

v.

KIA MOTORS CORPORATION,
KIA MOTORS AMERICA, INC.,
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC., and
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC. (L.A. DESIGN STUDIO),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2012.**

      Defendants' Unopposed Motion for Entry of Amended Scheduling Order [filed September 21, 2012; docket #61] is **granted**. In light of the extended trial date and for good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Deadline for Joinder of Parties and Amendment of Pleadings: | **March 30, 2012** |
| Discovery Cut-off: | **February 28, 2013** |
| Dispositive Motion Deadline: | **March 16, 2013** |
| Plaintiffs' Expert Witness Disclosure: | **January 7, 2013** |
| Defendants' Expert Witness Disclosure: | **February 7, 2013** |
| Rebuttal Expert Disclosure: | **February 21, 2013** |
| Deadline for Interrogatories: | **January 17, 2013** |
| Deadline for Requests for Production and/or Admissions: | **January 17, 2013** |

All other deadlines and scheduled settings remain in effect.