**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Robert E. Blackburn

Civil Action No. 11-cv-03349-REB-MEH

FUJIKO OSHIMA, individually,
DENIS DUPEYRON, individually and, collectively
as Next Friends of
LENA DUPEYRON, a minor and
TOMI DUPEYRON, a minor,

      Plaintiffs,

v.

KIA MOTORS CORPORATION;
KIA MOTORS AMERICA, INC.;
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC.
HYUNDAI-KIA AMERICA TECHNICAL CENTER, INC. (L.A. DESIGN STUDIO),

      Defendants.

## ORDER GRANTING UNOPPOSED PETITION FOR COURT APPROVAL OF SETTLEMENT OF MINORS' PERSONAL INJURY CLAIM

**Blackburn, J.**

      The matter before the court is the parties' **Unopposed Petition for Court Approval of Settlement of Minors' Personal Injury Claim** [#64],[1] filed March 7, 2013. I held a hearing on the motion on April 18, 2013 [#68]. All parties in interest were given proper notice of the hearing. Plaintiff Denis Dupeyron appeared in person at the hearing, and all other parties appeared by counsel.

      At the hearing, the parties represented that they believe the compromise settlement is fair, reasonable, and in the best interests of the minor plaintiffs, Tomi and

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Lena Dupeyron, and they request court approval of the agreed settlement. They also represented that plaintiff Denis Dupeyron is the legal representative of Tomi and Lena Dupeyron and has the authority to compromise the claims of Tomi and Lena Dupeyron against defendants in this action.

I have reviewed the motion and the confidential attachments that were submitted at the hearing, along with the Confidential Settlement Agreement and General Release.

I find that all interested parties have agreed to the proposed compromise settlement and the proposed distribution of the settlement proceeds; that defendants deny any liability in this action; that defendants have by way of the Confidential Settlement Agreement and General Release offered to pay a confidential sum in exchange for that release and for the dismissal of this action with prejudice; that the total sum and proposed distribution were presented to the court for review and approval; and that the terms of the settlement and distribution are fair and reasonable in all respects; that

I therefore find and conclude that the compromise settlement is fair and reasonable under the circumstances of this case and is in the best interests of the minor children and should be approved.

**THEREFORE IT IS ORDERED** as follows:

1. That the parties' **Unopposed Petition for Court Approval of Settlement of Minors' Personal Injury Claim** [#64], filed March 7, 2013, is **GRANTED**;

2. That the compromise settlement set forth in the Confidential Settlement Agreement and Release is **APPROVED**;

3.  That defendants and all persons and entities identified as released parties in the Confidential Settlement Agreement and Release are **DISCHARGED** and **RELEASED** from any further liability or responsibility whatsoever to plaintiffs, including to the minor children, Tomi Dupeyron and Lena Dupeyron;

4.  That the Trial Preparation Conference set for May 17, 2013, and the jury trial set to commence June 3, 2013, are **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to bear their own costs and attorney fees.

Dated May 14, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge